[No. 2385.   Decided January 21, 1897.]

JOHN BUCKLEY *et al.*, *Respondents*, v. M. C. CONLEY,
*Appellant.*

DISMISSAL OF APPEAL — ABSENCE OF APPEALABLE ORDER.

An appeal will be dismissed on the ground that no final judgment
had been entered in the cause, when the record on appeal does not
contain either the verdict or the judgment.

Appeal from Superior Court, Spokane County.—
Hon. NORMAN BUCK, Judge.   Appeal dismissed.

*L. H. Prather*, and *John H. Roche*, for appellant.

*James Dawson*, for respondents.

*Per Curiam.*—This cause was submitted on the
briefs of counsel.   Respondents' brief contains a mo-
tion to dismiss the appeal because no final judgment
had been entered herein.   The record transmitted to
this court does not contain either the verdict or the
judgment.   Hence it does not appear that any judg-

ment has been entered from which an appeal would lie. The motion must prevail.